1  Michael Mugmon (SBN 251958)
2  WILMER CUTLER PICKERING HALE
     AND DORR LLP
3  50 California Street, Suite 3600
   San Francisco, CA 94111
4  Telephone: (628) 235-1000
   Fax: (628) 235-1001
5  michael.mugmon@wilmerhale.com

6  Noah A. Levine (*admitted pro hac vice*)
   Marissa M. Wenzel (*admitted pro hac vice*)
7  Michael McGuinness (*pro hac application forthcoming*)
8  WILMER CUTLER PICKERING
     HALE AND DORR LLP
9  7 World Trade Center
   250 Greenwich Street
10 New York, NY 10007
   Telephone: (212) 230-8800
11 Fax: (212) 230-8888
12 noah.levine@wilmerhale.com
   marissa.wenzel@wilmerhale.com
13
   *Counsel for Defendant*
14 *Bank of America, N.A.*

15

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| LAWRENCE LIU, an individual; and LING-LING LIU, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>THE CHARLES SCHWAB CORPORATION, a Delaware corporation; CHARLES SCHWAB BANK, SSB, a Texas-chartered savings bank; BANK OF AMERICA, N.A., a national banking association; and UNCHAINED TRADING, LLC, a Texas limited liability company,<br><br>Defendants. | Case No. 4:24-cv-07400-HSG<br><br>**JOINT STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS OR, ALTERNATIVELY, MOTION TO STAY PENDING COMPLETION OF ALTERNATIVE DISPUTE RESOLUTION (as modified)** |

Pursuant to Civil L.R. 6-1 and 7-12, Plaintiffs Lawrence and Ling-Ling Liu and Defendant Bank of America, N.A. (together with Plaintiffs, the "Parties") submit this stipulation regarding the time to respond to Defendant's Motion to Dismiss, or, Alternatively, to Stay Pending Completion of Alternative Dispute Resolution (the "Motion") (Dkt. 32).

WHEREAS, on October 23, 2024, Plaintiffs filed this lawsuit, Dkt. No. 1;

WHEREAS, on January 10, 2025, Defendant filed the Motion, Dkt. No. 32;

WHEREAS, under Civil L.R. 7-3(a) and 7-3(c), Plaintiffs' deadline to oppose the Motion is currently January 24, 2025, and Defendant's deadline to reply to any such opposition is seven days after such opposition is filed;

WHEREAS, counsel for the Parties have conferred and agreed regarding a reasonable extension in order for the Parties to have adequate time to prepare further briefing regarding the Motion;

WHEREAS, the Parties have agreed, and jointly request, to extend the deadline for Plaintiffs' opposition to the Motion to February 10, 2025, and to extend the deadline for Defendant's reply in support of the Motion to February 24, 2025;

WHEREAS, the stipulated extension of time would not have any effect on any other date or deadline set by the Court;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE as follows:

1. The deadline for Plaintiffs to file their opposition to Defendant's Motion to Dismiss, or, Alternatively, to Stay shall be extended to February 10, 2025;

2. The deadline for Defendant to file its reply in support of its Motion to Dismiss, or, Alternatively, to Stay shall be extended to February 24, 2025.

3. The hearing on the Defendant's Motion to Dismiss, or, Alternatively, to Stay shall be set for April 10, 2025, at 2pm.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | | |
| 2 | Date: January 14, 2025 | /s/ Noah A. Levine |
| 3 | | Michael Mugmon |
| | | Noah A. Levine (*admitted pro hac vice*) |
| 4 | | Marissa M. Wenzel (*admitted pro hac vice*) |
| | | Michael McGuinness *(pro hac application forthcoming)* |
| 5 | | |
| 6 | Date: January 14, 2025 | /s/ David C. Silver |
| 7 | | Karl S. Kronenberger |
| | | David C. Silver (*admitted pro hac vice*) |
| 8 | | Eric F. Rosenberg (*admitted pro hac vice*) |

JOINT STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR BANK OF
AMERICA, N.A.'S MOTION TO DISMISS, OR, ALTERNATIVELY, MOTION TO STAY

**CERTIFICATION**

I, Noah A. Levine, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS, OR, ALTERNATIVELY, MOTION TO STAY BRIEFING SCHEDULE. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that each other signatory has concurred in this filing.

Date: January 14, 2025

/s/ Noah A. Levine
Noah A. Levine

**ORDER**

Pursuant to the foregoing stipulation, IT IS SO ORDERED: Plaintiffs' deadline to file an opposition to Defendant's Motion to Dismiss, or, Alternatively, to Stay [Dkt. No. 32] is February 10, 2025. Defendant's deadline to file a reply in support of Motion to Dismiss, or, Alternatively, to Stay is February 24, 2025. The hearing on Defendant's Motion to Dismiss, or, Alternatively, to Stay is April 10, 2025. The initial case management conference, previously set for January 21, 2025 is continued in-person to April 10, 2025, before Judge Haywood S. Gilliam, Jr., at 2:00 p.m., to be held along with the hearing on the motion to dismiss, or, alternatively, to stay.

Dated: 1/15/2025

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge