Karl S. Kronenberger (CA Bar No. 226112)
**KRONENBERGER ROSENFELD, LLP**
548 Market Street, #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
E-Mail: Karl@kr.law

David C. Silver (*pro hac vice* - DE 11)
Eric F. Rosenberg (*pro hac vice* - DE 12)
**SILVER MILLER**
4450 NW 126th Avenue - Suite 101
Coral Springs, Florida 33065
Telephone: (954) 516-6000
E-Mail: DSilver@SilverMillerLaw.com
E-Mail: ERosenberg@SilverMillerLaw.com

*Attorneys for Plaintiffs Lawrence Liu and Ling-Ling Liu*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| LAWRENCE LIU, an individual; and LING-LING LIU, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>THE CHARLES SCHWAB CORPORATION, a Delaware corporation;<br>CHARLES SCHWAB BANK, SSB, a Texas-chartered state savings bank;<br>BANK OF AMERICA, N.A., a national banking association; and<br>UNCHAINED TRADING, LLC, a Texas limited liability company;<br><br>Defendants. | Case No. 4:24-cv-07400-HSG<br><br>**JOINT STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to Federal Rule of Civil Procedure 15(b) and Civil Local Rules 6-1(b) and 6-2, Plaintiffs Lawrence Liu and Ling-Ling Liu ("Plaintiffs") and Defendant Bank of America, N.A. ("Defendant"), by and through their undersigned counsel of record, hereby stipulate as follows:

**Background**

1. The Complaint in this matter was filed on October 23, 2024. [Dkt. 1].

2. On January 10, 2025, Defendant filed a Motion to Dismiss the Complaint. [Dkt. 32].

3. On September 18, 2025, the Court entered an Order granting without prejudice Defendant's Motion to Dismiss the Complaint. [Dkt. 40].

4. On October 7, 2025, the Parties stipulated and agreed that Plaintiff's time to file an Amended Complaint be extended two-weeks [Dkt. 43], which was ordered. [Dkt. 44].

5. On October 23, 2025, Plaintiff filed an Amended Complaint. [Dkt. 45].

6. On November 20, 2025, Defendant filed a Motion to Dismiss the Amended Complaint. [Dkt. 46].

**Agreement to Modify Briefing Schedule**

7. The Parties have met and conferred and have agreed that the current briefing schedule should be modified due to attorney scheduling conflicts and previously scheduled international travel.

- Current Plaintiff's Response Deadline: Thursday, December 4, 2025
- Current Defendant's Reply Deadline: Thursday, December 11, 2025.

8. The Parties have agreed that the following schedule is reasonable and will accommodate both Parties' commitments and constraints:

- New Plaintiffs' Response Deadline: Thursday, December 18, 2025
- New Defendant's Reply: Thursday, January 15, 2026

9. No other deadlines or case events will be impacted by this extension.

NOW THEREFORE, the Parties hereby agree that the time for Plaintiffs to file their response to Defendant's Motion to Dismiss is extended to December 18, 2025; and the time for Defendant to file its Reply shall be extended to January 15, 2026.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:   November 26, 2025

By:   */s/ Karl S. Kronenberger*
Karl S. Kronenberger, Esq.
CA Bar No. 226112
**KRONENBERGER ROSENFELD, LLP**
548 Market Street, #85399
San Francisco, CA 94104
Telephone: (415) 955-1155
E-Mail: Karl@kr.law

David C. Silver, Esq. (*pro hac vice* - DE 11)
Eric F. Rosenberg, Esq. (*pro hac vice* - DE 12)
**SILVER MILLER**
4450 NW 126th Avenue - Suite 101
Coral Springs, Florida 33065
Telephone: (954) 516-6000
E-Mail: DSilver@SilverMillerLaw.com
E-Mail: ERosenberg@SilverMillerLaw.com

*Attorneys for Plaintiffs Lawrence Liu and Ling-Ling Liu*

By:   */s/ Noah A. Levine*
Michael Mugmon, Esq.
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1 Front Street - Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1000
E-mail: michael.mugmon@wilmerhale.com

Noah A. Levine, Esq. (*pro hac vice* - DE 27)
Marissa M. Wenzel, Esq. (*pro hac vice* - DE 28)
Michael McGuinness, Esq. (*pro hac vice* - DE 37)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
E-mail: noah.levine@wilmerhale.com
E-mail: marissa.wenzel@wilmerhale.com
E-mail: mike.mcguinness@wilmerhale.com

*Attorneys for Defendant Bank of America, N.A.*

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(h)(3)**

I, Karl S. Kronenberger, am the ECF User whose ID and password are being used to file this JOINT STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE AMENDED COMPLAINT.  In compliance with Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this stipulation has been obtained from all signatories.

KRONENBERGER ROSENFELD, LLP

DATED:  November 26, 2025           By:   */s/ Karl S. Kronenberger*
                                          Karl S. Kronenberger
                                          *Attorneys for Plaintiffs Lawrence Liu and Ling-Ling Liu*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  11/26/2025

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge