UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Lawrence Liu and Ling-Ling Liu             ,

Plaintiff(s),

v.

The Charles Schwab Corporation, et al.     ,

Defendant(s).

Case No. 4:24-cv-07400-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Galen Cheney          , an active member in good standing of the bar of State of Washington          , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Lawrence Liu and Ling-Ling Liu in the above-entitled action. My local co-counsel in this case is Karl Stephen Kronenberger     , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 226112          .

P.O. Box 18708, Seattle, WA 98118
MY ADDRESS OF RECORD

(415) 955-1155
MY TELEPHONE # OF RECORD

galen@kr.law
MY EMAIL ADDRESS OF RECORD

548 Market Street, Suite 85399
San Francisco, CA 94104
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 955-1155
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

karl@kr.law
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 56382          .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1      times in the 12 months preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 6, 2026

Galen Cheney
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Galen Cheney is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/9/2026

_Haywood S. Gilliam Jr._
UNITED STATES DISTRICT JUDGE

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION )

OF )

GALEN CHENEY )

TO PRACTICE IN THE COURTS OF THIS STATE )

_____ )

)
)
)
)
)

BAR NO. 56382

**CERTIFICATE**

**OF**

**GOOD STANDING**

I, Sarah R. Pendleton, Clerk of the Supreme Court of the State of Washington, hereby certify

**GALEN CHENEY**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the

Courts of the State of Washington on May 20, 2020, and is now and has continuously since that date

been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have
hereunto set my hand and affixed
the seal of this Court on the 11th day of
December, 2025.

Sarah R. Pendleton
Supreme Court Clerk
Washington State Supreme Court